# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **THRIVENT FINANCIAL FOR LU-THERANS,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL NO. W-22-CV-00847-ADA** |
| **ANDREA MAY HAMPE, DONNA HAMPE, AS NEXT FRIEND OF MINORS W.A.H. AND S.L.H.;  CLIFTON FUNERAL HOME, INC., ERIN MICHELLE HAMPE, AS NEXT FRIEND OF MINORS W.A.H. AND S.L.H.; TIMOTHY GRIESSE, MARK MCKETHAN,** | § | |
| **Defendants.** | § | |

## <u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 79. The report recommends Defendant Andrea Hampe's Motion to Dismiss Co-Defendant Donna Hampe's Affirmative Defense of Undue Influence Under Rule 12(b)(6) (ECF No. 41) be **DENIED**. The report and recommendation was filed on November 21, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, no party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on

the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 79) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Andrea Hampe's Motion (ECF No. 41) is **DENIED**.


**SIGNED** this 7th day of December, 2023.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE